# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1128. CURTIS HAYES v. LARKIN STREET HOMES, LLC.**

This appeal was docketed on March 07, 2024. Pursuant to Court of Appeals Rule 23 (a), an Appellant's brief must be filed within 20 days of the date of docketing; failure to file within that time or to obtain an extension in which to file may result in the dismissal of the appeal. More than 20 days has passed since the docketing of this appeal, and the Appellant has neither filed a brief nor requested an extension of time in which to file a brief. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/24/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*